FILED

UNITED STATES DISTRICT COURT  2004 JAN -7  P 12: 34
DISTRICT OF CONNECTICUT

US DISTRICT COURT
BRIDGEPORT CT

| | | |
|---|---|---|
| SALVATORE CLAPPER | : | CIVIL NO. 3:02CV01522 (JCH) |
| v. | : | |
| REGISTERED NURSE COLLEEN (LNU), ET AL. | : : | JANUARY 5, 2004 |

### DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS

1.   This is a civil rights action where the plaintiff, who was then an inmate at the Northern Correctional Institution in Somers, Connecticut, alleges that the defendants, two nurses and two correctional officers, refused repeated requests for treatment for stomach pain during the period November 3 and November 4, 2000.  The plaintiff underwent an appendectomy at the John Dempsey Hospital on November 5, 2000 at which time it was noted that his appendix had ruptured.  The plaintiff has alleged that his appendix ruptured because the four defendants in this case allegedly ignored his requests for assistance.

The defendants deny the plaintiff's allegations that they ignored requests for assistance. Defendant Nurse Colleen Dudley states that she gave the plaintiff some Pepto Bismol on the morning of November 4, 2000 in response to his report that he had a stomach ache.  She further states that her only other communication with the plaintiff was later on the morning of November 4, 2000 at which time the plaintiff allegedly made sexually derogatory remarks towards her and threatened to harm her if she came to his cell.  Defendant Nurse Dorothy Bujnevicie states that her only contact with the plaintiff between November 3, 2000 and November 5, 2000 was at 6:15 a.m. on November 4, 2000 at which time the plaintiff reported to

her that he was alright. Defendant Correctional Officers Galinski and Lindsay state that they were on duty in the plaintiff's housing unit at Northern from 3:00 p.m. to 11:00 p.m. on November 4, 2000 and that the plaintiff did not ask them to seek medical assistance for him when they were on duty.

Having heard this summary, is there any reason why you might have difficulty deciding this case in a fair and unbiased manner if you were chosen to serve on this jury? If so, please explain.


2.     Have you, any member of your family or close friends ever been involved in what you consider to be a negative or unpleasant experience with a physician, nurse or other member of the medical profession? If so, do you feel that this experience would make it difficult for you to be fair and impartial in deciding this case?


3.     Have you, any member of your family or close friends ever filed a complaint against a physician, nurse or other medical practitioner? If so, please describe the circumstances surrounding the complaint and the outcome thereof.


4.     Does anyone here have any feelings or beliefs that a physician or nurse employed by the Connecticut Department of Correction would be any less competent or less diligent than other physicians or nurses simply because they work for the Department of Correction?

5. Have you, or anyone close to you, ever been arrested? Spent time in jail? Visited someone in jail? Worked in a jail? If so, do you feel that this experience would influence your ability to be neutral and fair in deciding this case? In what way?

6. Have you, any member of your family or close friends ever been a party to a lawsuit? If so, please state whether you were a plaintiff or defendant, whether it was an unpleasant experience or not, whether you have any negative feelings about the justice system as a result of your experience?

7. Have you ever served on a jury before? If so, please identify the location and nature of the case or cases on which you served.

8. Have you, or has any member of your family, ever been involved in what you consider to be a negative or unpleasant experience with the Department of Correction or any employee of the Department of Correction? If so, explain.

9. Have any of you heard or read anything about the Department of Correction or its employees which would in any way interfere with your ability to be objective and impartial in this case?

10. Have you or has any member of your family ever been sued by the State of Connecticut or any other governmental agency, or filed a lawsuit against the State of Connecticut

3

or any other governmental agency? If so, do you feel that this experience would influence your ability to be neutral and fair in deciding this case?

11. Does anyone believe that monetary damages should be awarded to the plaintiff just because he has filed a lawsuit or just because he allegedly has been injured?

12. In considering this case, if the evidence so warranted, would you have any difficulty in rendering a verdict for the defendants and against the plaintiff, despite any feelings of sympathy you may have for him?

13. Do you have any physical or medical problems that would make it difficult for you to sit as a juror?

14. Is there anything in your education, background or experience or otherwise that leaves you with any preconceived notion, bias, prejudice in a case such as this that would keep you from being a fair and impartial juror if you are selected?

DEFENDANTS,
Registered Nurse Colleen, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Richard T. Couture
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct05480
E-Mail: richard.couture@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 5th day of January, 2004:

Norman A. Pattis
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

_____
Richard T. Couture
Assistant Attorney General

5