UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Salvatore Clapper

V.                                  Case Number:  3:02cv1522JCH

RN Colleen LNU

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on March 5, 2004 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on April 4, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, March 15, 2004.

KEVIN F. ROWE, CLERK

By: _____
    Diane Kolesnikoff
    Deputy Clerk