UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SALVATORE CLAPPER | : | CIVIL NO. 3:02CV01522 (JCH) |
| v. | : | |
| REGISTERED NURSE COLLEEN, ET AL. | : : | MARCH 9, 2004 |

### MOTION FOR ORDER OF DISMISSAL

Pursuant to the provisions of Rule 41(a)(2) of the Federal Rules of Civil Procedure, plaintiff, by and through his counsel, hereby moves for the dismissal of the above-captioned lawsuit, with prejudice. The plaintiff further respectfully requests that the provisions of the attached Stipulated Settlement be incorporated herein consistent with <u>Kokkonen v. Guardian Life Insurance Co. of America</u>, 511 U.S. 375, 114 S. Ct. 1673 (1994).

           PLAINITFF
           Salvatore Clapper

BY: _____
    John R. Williams
    Williams & Pattis, LLC
    51 Elm Street
    New Haven, CT  06510
    Federal Bar #ct00215
    Tel.:  (203) 562-9931
    Fax:  (203) 776-9494
    E-Mail:  jrw@johnrwilliams.com
    HIS ATTORNEY

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this ____ day of March, 2004:

Richard T. Couture, Esq.
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105

_____
John R. Williams

2