## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

SALVATORE CLAPPER        :        CIVIL NO. 3:02CV01522 (JCH)

       v.                             :

REGISTERED NURSE COLLEEN,        :
ET AL.                                    :        MARCH 9, 2004

## **STIPULATED SETTLEMENT**

**WHEREAS**, the above-captioned action was brought by Salvatore Clapper as plaintiff against Colleen Dudley, R.N., Dorothy Bujnevicie, R.N., John Galinski and Alfonse Lindsay, as defendants, alleging deliberate indifference to the plaintiff's serious medical needs in violation of the Eighth and Fourteenth Amendments to the United States Constitution; and,

**WHEREAS**, the plaintiff, represented by Attorney John R. Williams, and the defendants, represented by Assistant Attorney General Richard T. Couture, acting upon the advice of their respective attorneys, agree that settlement of all issues raised by the above-captioned action, filed on August 29, 2002, would best serve the interests of the parties; and,

**WHEREAS**, said parties have attested, and by affixing their signatures hereto do thereby acknowledge, that they voluntarily consent to this Stipulated Settlement as their free act and deed, without undue influence, coercion or duress, and expressly agree to be bound hereby.

**NOW, THEREFORE**, without further proceedings or adjudication of any of the issues of fact or law raised by the disputed claim(s) herein, the parties stipulate and agree as follows:

1. The plaintiff shall immediately and with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, move for an order of dismissal of this lawsuit, and shall execute a Release of Liability acceptable to the defendants.

2.    Upon the dismissal of this lawsuit pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and upon receipt of the signed Release of Liability, the plaintiff shall receive from the defendants the sum of **FIFTEEN THOUSAND DOLLARS ($15,000.00)** through a State of Connecticut check made payable to Attorney John R. Williams as Trustee for the plaintiff.

3.    The State of Connecticut agrees to waive its statutory rights under Conn. Gen. Stat. § 18-85a and Public Act 01-129 to recover from the proceeds of the above settlement any funds in satisfaction of the plaintiff's assessed cost of incarceration.  Nothing in this stipulation shall be construed to limit the rights of the State of Connecticut to pursue recovery of the costs of the plaintiff's incarceration from sources other than that provided by paragraph 2 above.

4.    The parties understand and agree that the payment of the aforesaid sum is not intended to constitute, nor shall it be regarded as, an admission of liability on the part of the State of Connecticut, the Office of the Attorney General, the Department of Correction, the Correctional Managed Health Care Program, or any of their present or former officers, agents or employees, including the named defendants.  Rather, this stipulation between the parties constitutes a compromise settlement of the matters stated in this lawsuit for the sole purpose of avoiding further expense and inconvenience to the parties in pursuing or defending this matter as might otherwise be required.

5.    The parties expressly acknowledge that this Stipulated Settlement is intended to, and shall, constitute full and final settlement of all claims and/or rights of action which have arisen, or may in the future arise, out of any of the circumstances which are the subject of this lawsuit including, but not limited to, common law claims of negligence, medical malpractice, and such

claims as may be cognizable under Title 42 U.S.C. § 1983 for alleged violations of the plaintiff's

civil rights.

6.    The parties agree that the terms and conditions of this Stipulated Settlement shall be

incorporated into the motion for order of dismissal referred to in paragraph 1 above, and that the

United States District Court for the District of Connecticut may retain jurisdiction over this

matter for the purpose of ensuring that all of the terms and conditions of this agreement are

carried out as set forth herein.

7.    The parties further agree that the settlement terms and conditions described herein

represent the entire agreement of the parties concerning the settlement of this lawsuit with

respect to the defendants listed herein, and that the respective parties will each bear their own

costs, fees and expenses, and that any attorney's fees owed by the plaintiff will be paid out of the

settlement amount and not in addition thereto.

| DEFENDANTS | PLAINTIFF |
|---|---|
| Registered Nurse Colleen Dudley, et al. | Salvatore Clapper |

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY: _____        BY: _____
    Richard T. Couture                                        John R. Williams, Esq.
    Assistant Attorney                                        Williams & Pattis, LLC
    110 Sherman Street                                        51 Elm Street
    Hartford, CT  06105                                      New Haven, CT  06510
    Federal Bar #ct05480                                    Federal Bar #ct00215
    E-Mail:  richard.couture@po.state.ct.us        E-Mail:  jrw@johnrwilliams.com
    Tel.: (860) 808-5450                                      Tel.:  (203) 562-9931
    Fax: (860) 808-5591                                       Fax:  (203) 776-9494
    THEIR ATTORNEY                                        HIS ATTORNEY


Dated: _____        Dated: _____

## **CERTIFICATION**

Counsel for the parties hereby acknowledge receipt of a copy of the foregoing Stipulated

Settlement this 9th day of March, 2004.


_____          _____
Richard T. Couture                                     John R. Williams, Esq.
Assistant Attorney General