UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 MAR 15 P 2: 12

U.S. DISTRICT COURT
BRIDGEPORT, CONN

SALVATORE CLAPPER : CIVIL NO. 3:02CV01522 (JCH)

v. :

REGISTERED NURSE COLLEEN, :
ET AL. : MARCH 9, 2004

### STIPULATED SETTLEMENT

**WHEREAS**, the above-captioned action was brought by Salvatore Clapper as plaintiff against Colleen Dudley, R.N., Dorothy Bujnevicie, R.N., John Galinski and Alfonse Lindsay, as defendants, alleging deliberate indifference to the plaintiff's serious medical needs in violation of the Eighth and Fourteenth Amendments to the United States Constitution; and,

**WHEREAS**, the plaintiff, represented by Attorney John R. Williams, and the defendants, represented by Assistant Attorney General Richard T. Couture, acting upon the advice of their respective attorneys, agree that settlement of all issues raised by the above-captioned action, filed on August 29, 2002, would best serve the interests of the parties; and,

**WHEREAS**, said parties have attested, and by affixing their signatures hereto do thereby acknowledge, that they voluntarily consent to this Stipulated Settlement as their free act and deed, without undue influence, coercion or duress, and expressly agree to be bound hereby.

**NOW, THEREFORE**, without further proceedings or adjudication of any of the issues of fact or law raised by the disputed claim(s) herein, the parties stipulate and agree as follows:

1. The plaintiff shall immediately and with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, move for an order of dismissal of this lawsuit, and shall execute a Release of Liability acceptable to the defendants.