#22

United States Di[strict Court]
District of Con[necticut]
FILED AT B[ridgeport]

3/15/04

Kevin F. Rowe, Clerk
By: D. Cardeo
Deputy Clerk

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SALVATORE CLAPPER | : | CIVIL NO. 3:02CV01522 (JCH) |
| v. | : | |
| REGISTERED NURSE COLLEEN, ET AL. | : | |
| | : | MARCH 9, 2004 |

### MOTION FOR ORDER OF DISMISSAL

Pursuant to the provisions of Rule 41(a)(2) of the Federal Rules of Civil Procedure, plaintiff, by and through his counsel, hereby moves for the dismissal of the above-captioned lawsuit, with prejudice. The plaintiff further respectfully requests that the provisions of the attached Stipulated Settlement be incorporated herein consistent with <u>Kokkonen v. Guardian Life Insurance Co. of America</u>, 511 U.S. 375, 114 S. Ct. 1673 (1994).

FILED 2004 MAR 23 P 3:01
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Motion Granted. So Ordered.
/s/ JCH 3/23/04

PLAINTIFF
Salvatore Clapper

BY: /s/ John R. Williams
John R. Williams
Williams & Pattis, LLC
51 Elm Street
New Haven, CT 06510
Federal Bar #ct00215
Tel.: (203) 562-9931
Fax: (203) 776-9494
E-Mail: jrw@johnrwilliams.com
HIS ATTORNEY